

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00664-CR

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Justice
                   Marialyn Barnard, Justice
                   Patricia O. Alvarez, Justice

On September 22, 2014, relator filed a pro se petition for writ of mandamus seeking mandamus relief against both the judge of County Court at Law No. 5 and the Bexar County clerk's office. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought as to the respondent judge. Accordingly, the petition for writ of mandamus as to the judge is DENIED. *See* TEX. R. APP. P. 52.8(a).

This court does not have jurisdiction to grant mandamus relief against the Bexar County clerk's office. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to enforce our appellate jurisdiction in this instance. Accordingly, relator's petition for writ of mandamus as to the clerk's office is DISMISSED FOR LACK OF JURISDICTION.

Relator's request for leave to file his petition for writ of mandamus is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on September 25th, 2014.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25 day of September, 2014.

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 307125, styled *The State of Texas v. Robert Martinez*, pending in the County Court at Law No. 5, Bexar County, Texas, the Honorable Jason Pulliam presiding.